IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTEO PLANCARTE,

    Plaintiff,               No. 2:11-cv-1993 DAD (PC)

    vs.

D. JORGE, et al.,

    Defendants.        ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 18, 2012, defendants filed a motion to modify the scheduling order. Defendants seek a two week extension of the deadline for completion of discovery to allow them to bring a motion to compel plaintiff's deposition testimony. Defendants represent that they need additional time to obtain a copy of the transcript of the July 10, 2012 attempted deposition of plaintiff. Good cause appearing, the motion will be granted.

        On July 19, 2012, plaintiff filed a document with the court styled as a motion for a sixty day extension of time to file a "suplemental [sic] opposition to defendant's motion for pretrial." Plaintiff's Request for Enlargement of Time, filed July 19, 2012 (Doc. No. 27), at 1. Plaintiff's motion predates defendants' July 18, 2012 motion to modify the scheduling order and is not responsive to any other pending motion. For that reason, it will be denied without prejudice.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants' July 18, 2012 motion to modify the scheduling order (Doc. No. 26) is granted;

2. Plaintiff's July 19, 2012 motion for extension of time (Doc. No. 27) is denied without prejudice; and

3. The deadline for filing motions necessary to compel discovery is extended to and including August 4, 2012.

DATED: July 30, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
plan1993.extmtc