1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9    TIMOTEO PLANCARTE,

10          Plaintiff,                    No. 2:11-cv-1993 DAD (PC)

11      vs.

12   D. JORGE, et al.,

13          Defendants.              <u>ORDER</u>

14   _____/

15          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

16   42 U.S.C. § 1983.  On July 18, 2012, defendants filed a motion to modify the scheduling order.

17   Defendants seek a two week extension of the deadline for completion of discovery to allow them

18   to bring a motion to compel plaintiff's deposition testimony.  Defendants represent that they need

19   additional time to obtain a copy of the transcript of the July 10, 2012 attempted deposition of

20   plaintiff.  Good cause appearing, the motion will be granted.

21          On July 19, 2012, plaintiff filed a document with the court styled as a motion for a

22   sixty day extension of time to file a "suplemental [sic] opposition to defendant's motion for

23   pretrial."  Plaintiff's Request for Enlargement of Time, filed July 19, 2012 (Doc. No. 27), at 1.

24   Plaintiff's motion predates defendants' July 18, 2012 motion to modify the scheduling order and

25   is not responsive to any other pending motion.  For that reason, it will be denied without

26   prejudice.

1

1          In accordance with the above, IT IS HEREBY ORDERED that:

2          1.  Defendants' July 18, 2012 motion to modify the scheduling order (Doc. No.

3    26) is granted;

4          2.  Plaintiff's July 19, 2012 motion for extension of time (Doc. No. 27) is denied

5    without prejudice; and

6          3.  The deadline for filing motions necessary to compel discovery is extended to

7    and including August 4, 2012.

8    DATED: July 30, 2012.

9

10   _____
     DALE A. DROZD
11   UNITED STATES MAGISTRATE JUDGE

12

13

14   DAD:12
     plan1993.extmtc
15

16

17

18

19

20

21

22

23

24

25

26

                                    2