IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTEO PLANCARTE, | | |
| Plaintiff, | No. 2:11-cv-1993 DAD (PC) | |
| vs. | | |
| D. JORGE, et al., | | |
| Defendants. | ORDER | |
| _____/ | | |

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 2, 2012, defendants filed a motion to compel plaintiff's deposition testimony. In support of their motion, defendants represent that plaintiff refused to cooperate in his properly noticed deposition, scheduled for July 10, 2012. Defendants also seek monetary sanctions in the amount of $1,282.65, which defendants represent as the expenses of the failed deposition. Plaintiff has not opposed the motion.

        After review of the record, and good cause appearing, defendants' motion to compel will be granted. Defendants will be directed to renotice plaintiff's deposition forthwith. Plaintiff is cautioned that failure to cooperate in the renoticed deposition will result in a

/////

/////

/////

1

1  recommendation[1] that this action be dismissed as a sanction pursuant to Fed. R. Civ. P. 41(b).

2  Defendants' request for monetary sanctions will be denied at this time without prejudice.

3        In accordance with the above, IT IS HEREBY ORDERED that:

4        1. Defendants' August 2, 2012 motion to compel plaintiff's deposition testimony

5  (Doc. No. 29) is granted;

6        2. The discovery deadline is extended to September 30, 2012 for the sole purpose

7  of conducting and completing plaintiff's deposition;

8        3. Defendants shall forthwith renotice plaintiff's deposition;

9        4. Defendants' August 2, 2012 motion for monetary sanctions (Doc. No. 29) is

10 denied without prejudice; and

11       5. The deadline for filing pretrial motions is extended to November 9, 2012.

12 DATED: September 7, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
plan1993.mtc

---

[1] Plaintiff has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). See Consent filed August 10, 2011 (Docket No. 5). Defendants have not so consented.