KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
VICKIE P. WHITNEY, State Bar No. 145316
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 324-5288
  Fax:  (916) 324-5205
  E-mail:  Megan.OCarroll@doj.ca.gov
*Attorneys for Defendants
Bangi, Shadday, Griggs, Ramos, Win, Jorge, Krpan
and Benak*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TIMOTEO PLANCARTE,** | 2:11-cv-1993 DAD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **D. JORGE, et al.,** | |
| Defendants. | |

The court finds there is good cause to grant Defendants' motion to modify the scheduling order.  Accordingly, the Scheduling Order is modified so that Defendants may file and serve a motion to compel on or before October 30, 2012.

**IT IS SO ORDERED.**

Dated:  October 2, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12;plan1993.ext