IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTEO PLANCARTE,

     Plaintiff,                    No. 2:11-cv-1993 DAD P

    vs.

D. JORGE, et al.,

     Defendant.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 8, 2013, plaintiff filed a request for appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

1

Plaintiff has also filed a second request for extension of time to file an opposition to defendants' October 24, 2012 motion for terminating sanctions pursuant to the court's order of December 10, 2012. Good cause appearing, the request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's February 8, 2013 motion for the appointment of counsel (ECF No. 45)[1] is denied;

2. Plaintiff's February 8, 2013 motion for an extension of time (ECF No. 45) is granted; and

3. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' October 24, 2012 motion for terminating sanctions.

DATED: April 4, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12:md
plan11cv1993.31+36

---

[1] This citation form refers to the docket number of filing as it appears in this court's Case Management/Electronic Case Files docket.